ANNA KURAS, as Administratrix, etc., of MICHAEL KURAS, Deceased, Appellant, v. FREDERICK BICKMEYER, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Manning, Young and Kapper, JJ., concur. Kelly, P. J.: I dissent. The defendant, head of a family, allowed his children to invite guests for the week-end. They were defendant's guests, not the guests of his children, and defendant provided an automobile for their enjoyment. It seems to me the jury could have found that the boy operating the car was on his father's business.

NATHAN LIPSCHITZ, Appellant, v. HARRY KLEINMAN and Others, Respondents. — Interlocutory judgment reversed upon the law, and a new trial granted, with costs to appellant to abide the event, on the ground that it was error to exclude the testimony of the witness Sharfstein as to his conversation with the defendant Harry Kleinman regarding the agreement entered into between the plaintiff and defendants. The mere fact that this was offered in rebuttal after the defendants closed their case was not a good ground for excluding the testimony, no sufficient reason being shown by the defendants why the evidence should not then have been received. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. SMITH, Appellant. — Judgment of conviction of the Court of Special Sessions reversed upon the law, and defendant discharged. The evidence adduced by the prosecution was not sufficient to warrant the conviction of defendant. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FRANK SCHMIDT, Appellant, v. CATHERINE FRANCES SCHMIDT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. This court makes the following additional findings of fact: Add to the eleventh finding of fact contained in the judgment the following: That subsequent to the making of the final decree in the California action aforesaid, and prior to the commencement of this action, a valid and effectual common-law marriage was contracted between the parties to this action within the State of New York.

MARGARET TYRER, Respondent, v. REGINALD HERBERT TYRER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The case can be, and should be, tried promptly, when the facts concerning the resources of plaintiff and defendant may be ascertained. The defendant does not deny the adultery charged, or that he has abandoned his wife and children and is living with the corespondent. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ELISE L. VETTER, Respondent, v. ASPHALT CONSTRUCTION COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.